The United States District Court
For The Eastern District of New York

Francois Holbury Pro-Se          civ# 01CV01017(JG)
    Petitioner

United States of America
    respondant

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 11 2013 ★
BROOKLYN OFFICE

Motion to Vacate

Comes Now, Petitioner Francois Holbury, Pro-se And moves this Honorable Court to Vacate Petitioner sentence thus granting petitioner motion. In support of this request petitioner offers the following:

The Honorable John Gleeson, Judge, ordered the respondant to provide a response to petitioners motion and said response was due by Feb. 15, 2013. The fact that the government ignored the courts order, in doing so have conceded their position and have failed in their judicial responsibility to the petitioner and the courts, in violation of the federal of civil Procedure.

Wherefore, the government is in default the petitioner humbly moves this court to vacate accordingly

Respectfully Submitted: March 5 2013

by Francis Holbury
#45116-053

TAMPA FL 335
SAINT PETERSBURG FL
07 MAR 2013 PM 7 L

Chambers of John Gleeson
U.S. District Judge
United States District Court
Eastern District of New York
Brooklyn, New York 11201

Francois Holbury 45116-053
Coleman U.S.P 1 Box 1033
Coleman, Florida 33521

Legal Mail