U.S. District Court
Eastern District of New York

Case number 1:01-cv-01017-JG        Case Name: Holloway v. U.S.

Honorable: Judge John Gleeson

Dear Sir, I am looking for an update on motions, being the Government has declined to do the right thing as far as Justice is concerned. Judge Gleeson I was curious if you have set a date for my response to the Government's [35] response to my [29] motion to re-open. Your original order was to re-visit the question and set a date for my reply. The Petitioner's motion was deferred until May 15 2013, but the government was given an 45 days until July 29, 2013. Requested decision Pro-Se Litigant Francois Holloway

Thank You.
Sincerely, Francois Holloway

François Holluby 45116-053
Coleman U.S.P. 1 Box 1033
Coleman, Florida 33521

LEGAL Mail

TAMPA FL 335
SAINT PETERSBURG FL
09 AUG 2013 PM 6 L

ATTN: Chambers of John Gleeson
U.S. District Judge
United States District Court
Eastern District of New York
Brooklyn, New York 11201

1120139999
Received by KH