01-CV-1011
(JG)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 09 2013 ★
BROOKLYN OFFICE

United States District Court
For the Eastern District of New York

ATTN: Honorable Judge Gleeson

RE: Clarification due date for response motion

Dear Sir,

I received an order from you notifying me, the petitioner to respond to the government's response of my 60(b) motion by September 13, 2013. Two days later I received another order from your Honor to be prepared for a video conference on the 17th September 2013, to highlight certain parts of the challenge to the conviction. My question is do I still send in my response to the Government's response? or do I hold off until the video conference is over.
Thank you.

Sincerely
Francois Holloway
45116-053

Francois Holloway #45116-053
H unit Housing
F.C.C. Coleman U.S.P.1  P.O. Box 1033
Coleman, Florida 33521

LEGAL Mail
_____




ATTN: Honorable Judge John Gleeson
United States District Court
Eastern District of New York
Brooklyn, New York 11201

11201399999