CIVIL CAUSE FOR CONFERENCE: Oral Argument

Before JUDGE: GLEESON   DATE: 7/10/2014   TIME: 12:00pm – 1:00pm
Docket Number: 01 CV 1017 and 95-CR-78

TITLE: Holloway v. United States of America / USA v. Francois Holloway

Courtroom Deputy: Ilene Lee   CR: Fred Guerino

**APPEARANCES:**

FOR Petitioner: Harlan J. Protass for

FOR PLAINTIFF: Francois Holloway (present in Court).

FOR Respondent: Samuel P. Nitze, AUSA.

FOR DEFENDANT:

Probation Officer: Frank Marcigliano

___ CASE CALLED.

___ COUNSEL FOR _____ NOT PRESENT.

___ STATUS CONFERENCE HELD.   ___ PRE-MOTION CONFERENCE HELD.

___ CASE MARKED READY FOR JURY TRIAL ON _____ @ _____.

___ PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

___ ALL DISCOVERY TO BE COMPLETED BY _____.

√ Petitioner's MOTION TO Vacate/Correct Sentence [29].

**BRIEFING SCHEDULE:**
Motion due: _____ Opposition/Response due: _____ Replies due: _____

√ ORAL ARGUMENT/MOTION HEARING HELD   ___ Motion GRANTED   ___ Motion DENIED

___ DECISION RESERVED   ___ DECISION READ INTO THE RECORD.

___ DECISION IS TAKEN UNDER SUBMISSION.

- The petitioner's motion to reopen his 2255 proceeding [29] is granted by the Court without opposition from the government.
- The defendant's (95-CR-78) motion to vacate his convictions on Counts 10 and 12 is granted by the Court without opposition from the government.
- The resentencing date in the 95-CR-78 case is set for July 23, 2014 at 3:30 pm.